REC'D 8 MAY '13 16:14 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:13-CR-00186-MO |
| v. | ORDER TO UNSEAL INDICTMENT |
| CHAMPA SAYADETH, SOMPATANA "JOHNNY" CHANMINARAJ and BOUNLITH "BONG" BOUASYEKO, | |
| Defendants. | |

This matter having come before the Court upon motion of Geoffrey A. Barrow, Assistant United States Attorney for the District of Oregon, requesting an order to unseal the indictment, arrest warrant, and all other papers in this matter;

IT IS HEREBY ORDERED, that the indictment, arrest warrant, return and all other papers in this matter be unsealed and made public.

DATED this 9th day of May 2013.

_____
MICHAEL W. MOSMAN
UNITED STATES DISTRICT JUDGE

Presented by:

S. AMANDA MARSHALL
United States Attorney
District of Oregon

_____
GEOFFREY A. BARROW
Assistant United States Attorney
(503) 727-1000